Form 704-8B
Rev. 1/05

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

In re:   Hairston Motor Company, Corp                Case No. 05-61574

                                                     Chapter 7

        Debtor(s)

**TRANSMITTAL OF SMALL DIVIDENDS**

   Comes now the undersigned trustee and reports as follows:

   1.   Distribution to creditors in an amount of less than Five Dollars ($5.00), unless authorized by the court is prohibited by Bankruptcy Rule 3010.  No such order has been entered by the court.

   2.   The Trustee has attached a separate sheet indicating the name, address, and amount due those creditors to whom distribution of less than $5.00 would have been made if ordered by the Court.

   3.   That the Trustee's check payable to the Clerk, U.S. Bankruptcy Court, for the dividends of less than $5.00 is attached with the request that such funds be deposited in the U.S. Treasury.

Date:  November 8, 2010                              William F. Schneider, Trustee


                                        By:   **/s/ William F. Schneider**
                                              William F. Schneider
                                              P.O. Box 739
                                              Lynchburg, VA  24505
                                              434.528.0411
                                              434.845.3666 (FAX)

Form 704-8B
Rev. 1/05

| Creditor Address | Amount |
|---|---|
| Barkerhouser Lincoln Mercury Ford<br>3604 Riverside Drive<br>Danville, VA  24541 | $0.99 |
| Wyatt Buick<br>PO Box 110<br>Danville, VA  24543 | $0.86 |
| Copier Systems<br>c/o Jeff Hill, Sharp Business Sys.<br>4404A Stuart Andrew Blvd.<br>Charlotte, NC  28217 | $0.26 |
| Clearview Glass<br>1118 Piney Forest Road<br>Danville, VA  24540 | $3.27 |
| First Piedmont<br>108 Main Street<br>Chatham, VA  24531 | $2.49 |
| Hyland Auto Parts<br>159 Vista Centre Drive<br>Forest, VA  24551 | $2.37 |
| American Express Bank, FSB<br>c/o Beckett & Lee LLP<br>PO Box 3001<br>Malvern, PA  19355-0701 | $4.82 |
| City of Danville<br>Division of Central Collection<br>P.O. Box 3308<br>Danville, VA  24543 | $3.22 |
| TelCove<br>Attn:  Julie A. Mason<br>121 Champion Way<br>Canonsburg, PA  15317 | $4.35 |
| Unifirst<br>68 Jonspin Rd.<br>Wilmington, MA  01887 | $4.94 |