Form 704-8B
Rev. 1/05

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

In re:   Hairston Motor Company, Corp.               Case No. 05-61574

                                                              Chapter 7

        Debtor(s)

**TRANSMITTAL OF SMALL DIVIDENDS**

     Comes now the undersigned trustee and reports as follows:

     1.     Distribution to creditors in an amount of less than Five Dollars ($5.00), unless authorized by the court is prohibited by Bankruptcy Rule 3010, unless authorized by the Court. No such order has been entered by the court.

     2.     The Trustee has attached a separate sheet indicating the name, address, and amount due those creditors to whom distribution of less than $5.00 would have been made if ordered by the Court.

     3.     That the Trustee's check payable to the Clerk, U.S. Bankruptcy Court, for the dividends of less than $5.00 is attached with the request that such funds be deposited in the U.S. Treasury.

Date:   December 7, 2010                            William F. Schneider, Trustee


                                          By:     **/s/ William F. Schneider**
                                                     William F. Schneider
                                                     P.O. Box 739
                                                     Lynchburg, VA  24505
                                                     434.528.0411
                                                     434.845.3666 (FAX)

Form 704-8B
Rev. 1/05

| Creditor Address | Amount |
|---|---|
| Internal Revenue Service<br>400 North 8th Street, Box 76<br>Stop Room 898<br>Richmond, VA  23240 | $0.03 |
| Wyatt Buick<br>PO Box 110<br>Danville, VA  24543 | $0.01 |
| Clearview Glass<br>1118 Piney Forest Road<br>Danville, VA  24540 | $0.01 |
| American Tire Distributors Inc.<br>Credit Operations-Bankruptcy<br>1220 Herbert Wayne Court, Suite 150<br>Huntersville, SC  28078 | $0.05 |
| Safety Kleen<br>540 Legacy Drive<br>Cluster II, Bldg. 3<br>Plano, TX  75024 | $0.01 |
| Fisher Auto Parts<br>PO Box 2246<br>Staunton, VA  24402 | $0.02 |
| American Express Bank, FSB<br>c/o Becket & Lee LLP<br>PO Box 3001<br>Malvern, PA  19355-0701 | $0.01 |
| ChannelNet<br>3 Parkland Blvd<br>Suite 430 West<br>Dearborn, MI  48126 | $0.02 |
| BP Lubricants<br>12276 Collections Center Drive<br>Chicago, IL  60693 | $0.04 |
| ADP Commercial Leasing LLC<br>15 Waterview Blvd MS#934<br>Parsippany, NJ  07054 | $0.22 |

Form 704-8B
Rev. 1/05

TelCove                              $0.01
Attn: Julie A. Mason
121 Champion Way
Canonsburg, PA  15317

Unifirst                             $0.02
68 Honspin Rd.
Wilmington, MA  01887